# Exhibit A

# Fatwallet Fraud

| Year | Month | Total FatWallet Orders | Total Chiu Orders Thru FatWallet | Total Payments to FatWallet | Total Payments to FatWallet Relating to Chiu Orders | Payments Withheld from FatWallet | Nordstrom Payment to Linkshare Related to Chiu | Credit from Linkshare for Chiu Related Orders |
|---|---|---|---|---|---|---|---|---|
| 2009 | Sep | $ 172,602 | $ 5,375 | $ 8,339 | $ 376 | $ - | $ 70 | $ - |
| 2009 | Oct | $ 228,603 | $ - | $ 16,408 | $ - | $ - | $ - | $ - |
| 2009 | Nov | $ 275,976 | $ 247 | $ 18,095 | $ 22 | $ - | $ 3 | $ - |
| 2009 | Dec | $ 274,060 | $ 29,278 | $ 18,893 | $ 2,635 | $ - | $ 381 | $ - |
| 2010 | Jan | $ 349,674 | $ 124,824 | $ 15,932 | $ 8,738 | $ - | $ 1,373 | $ - |
| 2010 | Feb | $ 378,490 | $ 194,607 | $ 49,064 | $ 35,846 | $ - | $ 2,141 | $ - |
| 2010 | Mar | $ 442,146 | $ 207,895 | $ 64,305 | $ 43,892 | $ - | $ 2,287 | $ - |
| 2010 | Apr | $ 557,360 | $ 319,803 | $ 54,599 | $ 35,247 | $ - | $ 3,518 | $ - |
| 2010 | May | $ 579,288 | $ 313,948 | $ 57,733 | $ 33,194 | $ - | $ 3,453 | $ - |
| 2010 | Jun | $ 695,488 | $ 484,565 | $ 84,779 | $ 70,786 | $ - | $ 5,330 | $ - |
| 2010 | Jul | $ 864,884 | $ 498,407 | $ 84,552 | $ 52,063 | $ - | $ 5,482 | $ - |
| 2010 | Aug | $ 658,851 | $ 535,247 | $ 57,328 | $ 53,525 | $ - | $ 5,888 | $ - |
| 2010 | Sep | $ 690,971 | $ 481,881 | $ 50,556 | $ 61,285 | $ - | $ 5,301 | $ - |
| 2010 | Oct | $ 786,075 | $ 527,215 | $ 62,641 | $ 49,634 | $ - | $ 5,799 | $ - |
| 2010 | Nov | $ 894,206 | $ 558,719 | $ 60,886 | $ 40,218 | $ - | $ 6,146 | $ - |
| 2010 | Dec | $ 1,112,494 | $ 797,491 | $ 70,126 | $ 56,578 | $ - | $ 8,772 | $ - |
| 2011 | Jan | $ 1,278,237 | $ 1,023,166 | $ 79,591 | $ 71,622 | $ - | $ 11,255 | $ - |
| 2011 | Feb | $ 1,218,448 | $ 996,450 | $ 131,501 | $ 126,102 | $ - | $ 10,961 | $ - |
| 2011 | Mar | $ 1,483,806 | $ 1,227,487 | $ 124,623 | $ 105,540 | $ - | $ 13,502 | $ - |
| 2011 | Apr | $ 1,336,346 | $ 1,178,084 | $ 106,005 | $ 94,167 | $ - | $ 12,959 | $ - |
| 2011 | May | $ 1,479,404 | $ 1,256,905 | $ 116,084 | $ 102,903 | $ - | $ 13,826 | $ - |
| 2011 | Jun | $ 2,776,884 | $ 2,457,523 | $ 212,421 | $ 187,873 | $ - | $ 27,033 | $ - |
| 2011 | Jul | $ 3,086,858 | $ 2,583,279 | $ 213,448 | $ 181,280 | $ - | $ 11,823 | $ - |
| 2011 | Aug | $ 2,893,404 | $ 2,380,223 | $ 230,957 | $ - | $ 230,957 | $ - | $ - |
| 2011 | Sep | $ 3,469,058 | $ 3,293,099 | $ 275,484 | $ - | $ 275,484 | $ - | $ 102,342 |

| Year | Total FatWallet Orders | Total Chiu Orders Thru FatWallet | Total Payments to FatWallet | Total Payments to FatWallet Relating to Chiu Orders | Nordstrom Payment to Linkshare Related to Chiu |
|---|---|---|---|---|---|
| 2009 | $ 951,241 | $ 34,900 | $ 61,736 | $ 3,033 | $ 454 |
| 2010 | $ 8,009,927 | $ 5,044,600 | $ 712,500 | $ 541,006 | $ 55,491 |
| 2011 | $ 19,022,445 | $ 16,396,215 | $ 1,490,114 | $ 869,486 | $ 101,359 |
| Total | $ 27,983,613 | $ 21,475,715 | $ 2,264,349 | $ 1,413,525 | $ 157,303 |

| | |
|---|---|
| Total Linkshare Fees related to Chiu orders= | $ 157,303 |
| Total Linkshare Credits related to Chiu orders= | $ (102,342) |
| Total Nordstrom out of pocket loses from 9/2009 = | $ 1,468,486 |