The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR12-070RSM |
| v. | ) MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE AS TO CERTAIN PROPERTY SEIZED FROM ALLEN CHIU |
| ALLEN CHIU, | ) |
| Defendant. | ) |
| | ) NOTE ON MOTION CALENDAR: October 3, 2012 |

The United States of America, by and through Jenny A. Durkan, United States Attorney, and Francis Franze-Nakamura, Assistant United States Attorney, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, and based on the terms of the plea agreement of Allen Chiu, hereby moves to amend the preliminary order of forfeiture previously entered in this case to correctly describe certain property seized from defendant Allen Chiu.

In the Preliminary Order of Forfeiture (Docket No. 31), certain property seized from Defendant Allen Chiu was erroneously described as follows: $306,277.76, more or less, in U.S. funds, seized from Vanguard Brokerage Services Account Number XXXX5899, held in the name of Allen J. Chiu.

As reflected in the plea agreement, Defendant Allen J. Chiu agreed to forfeit the

MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE - Page 1
United States v. Allen Chiu  (No. CR12-070RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

following property: $326,435.00, more or less, in U.S. funds, seized from Vanguard Brokerage Services Account Number XXXX2514, held in the name of Allen J. Chiu.

Accordingly, the United States respectfully requests that the Court enter an Amended Preliminary Order of Forfeiture as to Certain Property Seized From Allen Chiu, replacing the property description $306,277.76, more or less, in U.S. funds, seized from Vanguard Brokerage Services Account Number XXXX5899, held in the name of Allen J. Chiu, with the following property description:

    a.    $326,435.00, more or less, in U.S. funds, seized from Vanguard Brokerage Services Account Number XXXX2514, held in the name of Allen J. Chiu.

The United States further requests that it be empowered to ensure the property's availability for forfeiture and to immediately commence the ancillary proceedings required to finalize the forfeiture of the property.

A proposed Order is submitted herewith.

DATED this 25th day of September, 2012.

        Respectfully submitted,

        JENNY A. DURKAN
        United States Attorney

        *s/ Francis Franze-Nakamura*
        FRANCIS FRANZE-NAKAMURA
        Assistant United States Attorney
        700 Stewart Street, Suite 5220
        Seattle, WA  98101
        Telephone: (206) 553-2242
        Fax: (206) 553-6934
        Francis.Franze-Nakamura@usdoj.gov

MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE - Page 2
United States v. Allen Chiu  (No. CR12-070RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Megan Seaborn*
Megan Seaborn
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206/553-2473
FAX:   206/553/6934
E-mail: Megan.Seaborn@usdoj.gov

MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE - Page 3
United States v. Allen Chiu  (No. CR12-070RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970