The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALLEN J. CHIU, <br><br> Defendant. | NO. CR12-0070RSM <br><br> MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE <br><br> NOTE ON MOTION CALENDAR: December 14, 2012 |

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Francis Franze-Nakamura, Assistant United States Attorney for said District, hereby respectfully moves the Court for entry of a Final Order of Forfeiture forfeiting the following property to the United States:

1. $326,435.00, more or less, in U.S. funds, seized from Vanguard Brokerage Services Account Number XXXX2514, held in the name of Allen J. Chiu.

On August 10, 2012, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting Defendant Allen Chiu's interest in $306,277.76, more or less, in U.S. funds, seized from Vanguard Brokerage Services Account Number XXXX5899, held in the name of Allen J. Chiu. *See* Docket No. 31. However, in the Preliminary Order of Forfeiture, the amount of funds and the bank account number were incorrectly identified.

MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE - Page 1
United States v. Allen J. Chiu  (No. CR12-070RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970

1    On August 15, 2012, the Court entered an Amended Preliminary Order of Forfeiture as to Certain Property Seized from Allen Chiu to correct the property description. *See* Docket No. 35.

    The property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), because said property constitutes or is derived from proceeds traceable to Wire Fraud, as charged in Count 1 of the Information, in violation of Title 18, United States Code, Section 1343, to which Allen Chiu pleaded guilty. In his plea agreement, the defendant agreed to the forfeiture of the above-listed property.

    Pursuant to Title 21, United States Code, Section 853(n), the United States published notice on www.forfeiture.gov, for at least thirty (30) consecutive days, beginning with September 22, 2012. In the publication, the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law. This notice further stated that any person, other than the defendant, having or claiming a legal interest in the above-described property was required to file a petition with the Court within sixty (60) days of the first date of publication of notice, setting forth the nature of the petitioner's right, title, and interest in the property.

    All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture. No petitioners or claimants have come forth to assert an interest in the forfeited property and the time for doing so has expired.

\\

\\

\\

MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE - Page 2
United States v. Allen J. Chiu  (No. CR12-070RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970

Accordingly, the United States respectfully requests the Court enter a Final Order of Forfeiture, forfeiting the above-listed property to the United States. A proposed Final Order of Forfeiture is submitted herewith.

DATED this 30th day of November, 2012.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-2242
Fax: (206) 553-6934
Francis.Franze-Nakamura@usdoj.gov

MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE - Page 3
United States v. Allen J. Chiu  (No. CR12-070RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Megan Seaborn*
Megan Seaborn
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206/553-2473
FAX:   206/553/6934
E-mail: Megan.Seaborn@usdoj.gov

MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE - Page 4
United States v. Allen J. Chiu  (No. CR12-070RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970